IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BARB ALBERS, LYNN QUIZNER, | ) | |
| ROD CONFER, and NEBRASKA | ) | |
| EQUAL EMPLOYEERENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On April 15, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that:

1. Plaintiff must show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. Failure to respond to this order within 30 days will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline using the following text: August 10, 2015: Deadline for Plaintiff to show cause.

DATED this 8th day of July, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.