IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BARB ALBERS, LYNN QUIZNER, | ) | |
| ROD CONFER, and NEBRASKA | ) | |
| EQUAL EMPLOYEERENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On July 8, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. To date, Plaintiff has not shown cause for his failure to diligently prosecute this case or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for Plaintiff's failure to comply with a court order and his failure to diligently prosecute this case. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 1st day of September, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge